IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRELL MIDDLETON,**

    **Plaintiff,**

v.                                 **CASE NO. 1:14-cv-10-MW/GRJ**

**DEPARTMENT OF REVENUE,**
**CHILD SUPPORT ENFORCEMENT,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND**
**RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No.4, FILE3D April 2, 2014. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This cause is **DISMISSED** for lack of subject matter jurisdiction."

1

The Clerk shall close the file.

**SO ORDERED on April 22, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
